**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:12-CR-64 |
| | § | |
| SAHN VAN NGUYEN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. The magistrate judge recommended that the Court accept defendant's guilty plea and the plea agreement. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Indictment.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report and recommendation on guilty plea (#29) is adopted. The Court further ORDERS that the defendant's guilty plea and the plea agreement are accepted at this time. The Court finds defendant guilty on Count One of the Indictment charging violations of Title 21, United States Code, Section 846.

SIGNED at Beaumont, Texas, this 6th day of December, 2012.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE